```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

SHAUN LEWIS,                        )
                                    )
    Plaintiff,                     )
                                    )
     v.                           )      NO.  3:11-0614
                                    )      Judge Haynes
BAC HOME LOAN SERVICING LP,         )
et al.,                             )
                                    )
    Defendants.                    )

## O R D E R

I hereby **RECUSE** myself of this matter.

It is so **ORDERED.**

                                        s/ John S. Bryant
                                        JOHN S. BRYANT
                                        United States Magistrate Judge