```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
        NASHVILLE DIVISION
```

| | |
|---|---|
| SHAUN LEWIS                          ) | |
|                                      ) | |
| v.                                   ) | Civil Action No. 3:11-0614 |
|                                      ) | Judge Haynes/Knowles |
| BAC HOME LOANS SERVICING, LP         ) | |
| and BANK OF AMERICA, N.A.            ) | |

### O R D E R

The Initial Case Management Conference in this action is set for **September 13, 2011, at 10:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge