UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHAUN LEWIS ) | |
| ) | |
| v. ) | Civil Action No. 3:11-0614 |
| ) | Magistrate Judge Knowles |
| BAC HOME LOANS SERVICING, LP, ) | |
| ET AL. ) | |

### O R D E R

The Case Management Conference scheduled for Tuesday, September 13, 2011, at 10:00 a.m. before the undersigned is CANCELLED. This file shall be returned to Judge Haynes. Absent further orders, there will be no further proceedings before the Magistrate Judge.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge